**No. 10-6324. Joseph R. Grooms, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 491, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7924, ▮▮▮▮▮

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 602 F.3d 939.

**No. 10-6330. Victor Matias, Jr., Petitioner v. United States (two judgments).**

562 U.S. 974, 131 S. Ct. 491, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7903.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6335. Jason W. Black, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 491, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7897.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6340. Kim Ellis, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 491, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7901.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6344. Francisco Javier Garcia-Manzo, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 492, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7881.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 660.

**No. 10-6348. Greg Caldwell, Cleophas James Hall, Joseph J. Hall, and David Lee Hall, Petitioners v. United States.**

562 U.S. 974, 131 S. Ct. 492, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7893.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 381 Fed. Appx. 933.

**No. 10-6352. Reza B. Tabatabai, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 492, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7894.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 845.